UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 NOV -4 PM 2: 54

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **JEANNE PHILLIPS POWELL** <br> Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 02-CV-01259 |
| **VERSUS** | * <br> * | SECTION N |
| **EUSTIS ENGINEERING COMPANY, INC. and AIG LIFE INSURANCE COMPANY** <br> Defendants | * <br> * <br> * <br> * <br> * | JUDGE ENGLEHARDT <br><br> MAGISTRATE 4 <br><br> MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Now comes Petitioner, Jeanne Phillips Powell and moves the Court for leave to file the attached supplemental memorandum in opposition to defendant's Motion to Dismiss as per the Court's Order dated October 30, 2003.

**WHEREFORE**, petitioner prays that this motion be granted:

Respectfully submitted,

Delbert G. Talley
P.O. Box 2608
Cocington, La., 70434

DATE OF ENTRY
NOV 6 2003

Fee___
Process___
Dktd___
CtRmDep___
Doc. No.___

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEANNE PHILLIPS POWEL<br>    Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 02-CV-01259 |
| VERSUS | * <br> * | SECTION N |
| EUSTIS ENGINEERING COMPANY<br>INC. and AIG LIFE INSURANCE<br>COMPANY<br>    Defendants | * <br> * <br> * <br> * <br> * | JUDGE ENGLEHARDT <br><br> MAGISTRATE 4 <br><br> MAGISTRATE ROBY |

*********************************************

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum and finding it to be in order and well taken;

**IT IS HEREBY ORDERED** that petitioner, Jeanne Phillips Powell is hereby granted leave to file a supplemental in opposition to Motion to Dismiss and that the copy of said Supplemental Memorandum attached to the Motion for Leave be deemed filed this date.

New Orleans, Louisiana this 4th day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE